IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| M. RANDY RICE, as Chapter 7 Trustee, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | No. 4:11CV0483-SWW |
| | * | |
| RICHARD ROCHON, ROBERT B. BECKER, | * | |
| LARRY MORTON, MANUEL KADRE, | * | |
| JOHN E. OXENDINE, MICHAEL W. | * | |
| PIERCE, ROBERT C. FARENHEM, JACOB | * | |
| J. BARKER, MICHAEL T. FLYNN, JAMES | * | |
| HEARNSBERGER, PATRICK DORAN, | * | |
| GLENN CHARLESWORTH, GREGORY W. | * | |
| FESS, LORI WITHROW, MARIO B. | * | |
| FERRARI, and HENRY G. LUKEN, III, | * | |
| | * | |
| Defendants. | * | |
| | * | |

## Order of Dismissal

Pursuant to the joint stipulation filed by the parties that this matter may be dismissed,

IT IS THEREFORE ORDERED that plaintiff's complaint against defendants in this matter hereby are dismissed with prejudice.

DATED this 27th day of April, 2012.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE